# PLAINTIFFS' EXHIBIT LIST

| | |
|---|---|
| EXHIBIT A | FTC, Consumer Information, "Buying a Used Car" |
| EXHIBIT B | Statement of Jessica Rich, Director, *Automotive News* (Feb. 8, 2016) |
| EXHIBIT C | Petition Regarding CarMax, Inc. (June 23, 2014) |
| EXHIBIT D | Letter from James Reilly Dolan |
| EXHIBIT E | FTC Press Release (Jan. 28, 2016) |
| EXHIBIT F | In the Matter of Jim Koons Management Company, Docket No. C-4598 |
| EXHIBIT G | Comments of CARS, et al. (Feb. 29, 2016) |
| EXHIBIT H | Comments of Center for Auto Safety (Feb. 29, 2016) |
| EXHIBIT I | National Automobile Dealers Association Comments (Feb. 29, 2016) |
| EXHIBIT J | Senators' Letter to Dr. Mark Rosekind and Edith Ramirez (July 14, 2016) |
| EXHIBIT K | Letter from Representative Schakowsky to Edith Ramirez (Sept. 12, 2016) |
| EXHIBIT L | GM Consent Decision (Dec. 8, 2016) |
| EXHIBIT M | Lithia Motors Consent Decision (Dec. 8, 2016) |
| EXHIBIT N | Jim Koons Management Co. Consent Decision (Dec. 8, 2016) |
| EXHIBIT O | New York Times Article (Jan. 27, 2017) |
| EXHIBIT P | 81 Fed. Reg. 93926 (Dec. 22, 2016) |
| EXHIBIT Q | Asbury Automotive Group Consent Decision (March 29, 2017) |
| EXHIBIT R | West-Herr Automotive Group Consent Decision (March 29, 2017) |
| EXHIBIT S | CarMax, Inc. Consent Decision (March 29, 2017) |
| EXHIBIT T | D.C. Cir. Order (July 14, 2017) |
| EXHIBIT U | Declaration of Rosemary Shahan |

EXHIBIT V	Declaration of Michael Brooks (with Attachment)
EXHIBIT W	Declaration of Edmund Mierzwinski
EXHIBIT X	G. Weissman et al., *Used Car Roulette* (September 2017)