**PLAINTIFFS' EXHIBIT V**

OPPOSITION TO MOTION TO DISMISS

CIV. NO. 17-00540 (KBJ)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS FOR AUTO RELIABILITY AND SAFETY, et al., | ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) No. 17-00540 (KBJ) ) ) |
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Defendant. | ) |

## DECLARATION OF MICHAEL BROOKS

1. I am Chief Counsel for the Center for Auto Safety ("the Center"), one of the Plaintiffs in this case, and have worked at the Center as its lead staff attorney for more than seventeen years. The Center is a non-profit membership organization founded in 1970 by Consumers Union and Ralph Nader to advocate for auto safety and economic fairness on behalf of consumers, and to help consumers with defective cars obtain redress for their economic and other damages. It is the nation's leading consumer advocacy group dedicated to these issues, and a recognized expert in the field of new and used cars; for decades it has been so recognized by Congress, the media, and courts.

2. The Center petitioned the Federal Trade Commission ("FTC") to take action to prevent CarMax from advertising and marketing used vehicles as having "passed a rigorous 125+ point inspection" and qualifying to be sold as "CarMax Quality Certified" when those vehicles are subject to pending safety recalls, and the Center also commented on the proposed decisions that led to the final Decisions and Orders at issue in this case. The Center was also

heavily involved in testifying about and presenting evidence in support of the Used Car Trade Regulation Rule which provides that it is a "deceptive act or practice" for auto dealers to "misrepresent the mechanical condition of a used vehicle." 16 C.F.R. § 455.1(a)(1).

3. The Center brings this case on behalf of its thousands of members who with their families as a result of the FTC's Decisions and Orders at issue are exposed to the increased risk of economic and personal injury and even death, as well as property damage, because the FTC's Decisions and Orders allow dealers who sell "certified" used cars to continue to advertise and sell those cars as "safe," "repaired for safety," and "subject to rigorous inspection" when such vehicles are *not* safe because they contain defects and other problems that are the subject of pending safety recalls.

4. As a result of the FTC's Decisions and Orders, Center members and their families will unwittingly purchase used cars believing them to be safe when in fact they are *not* safe because they are subject to pending safety recalls. Those individual members and their families are at increased risk of suffering injury, death, property damage, and increased financial burdens, when they unknowingly purchase used vehicles with safety defects that have not been repaired and those defects result in crashes, fires, or other harmful events. They will also suffer economic and other injuries as a result because they will have to endure the costs associated with having those vehicles repaired, which can also include having to take time off from work and the loss of transportation for work and personal use, requiring consumers to pay for alternative means of transportation until their vehicles are repaired. These injuries are present, continuing, and imminent, as Center members and their families buy used cars on a regular basis.

5. Center members and their families are also at increased risk of injury, death, and property damage, and attendant financial burdens by being exposed to crashes, fires, or other

2

harmful events caused by other defective used cars that, but for the Decisions and Orders at issue in this case, would not be on the roads and highways, and as passengers in unrepaired vehicles. Car dealers who previously would not sell such vehicles without repairing them prior to sale are now choosing instead to conform their marketing and sales practices to those sanctioned by the FTC in the Decisions and Orders at issue in this case, and hence are now advertising and selling "certified" used cars as "safe," "repaired for safety," and "subject to rigorous inspection" when such vehicles are *not* safe because they are subject to safety recalls, and without repairing them prior to sale.

6. The Center's members are also adversely impacted by the FTC's Decisions and Orders which put the onus on consumers to ascertain whether a particular used car is subject to an unrepaired recall, rather than that obligation being imposed on the dealer. Indeed, the FTC's Used Car Trade Regulation Rule specifically prohibits dealers from misrepresenting "the mechanical condition" of any used car offered for sale. 16 C.F.R. § 455.1(a)(1). Therefore, prior to the issuance of the challenged Decisions and Order the onus was on the dealer to ascertain and disclose whether a particular car was subject to an open safety recall. Dealers could not represent that a car was "safe" if in fact it was not safe because it contained a defect or other mechanical problem that was subject to a recall and hence rendered the car unsafe to drive. By allowing dealers to advertise and offer for sale a "safe" used car that is in fact not safe, as long as the dealer discloses to the consumer that the car "may" be subject to a recall, the agency has shifted the burden to ascertain such information to the consumer, including the Center's members and their families. The Decisions and Orders also shift the economic burden to consumers to get the car fixed, whereas, pursuant to the Used Car Rule the dealer would not be allowed to advertise and market a car as "safe" when in fact it was not in safe mechanical condition.

7.    In response to the FTC's Decisions and Orders, more dealers are now selling unsafe, defective used vehicles subject to recalls, because dealers who instead repair all such vehicles prior to sale will incur additional costs that are not being borne by their competitors as a result of the challenged FTC actions. Dealers either have to pay those costs or pass them on to their customers, which places those dealers at a distinct economic disadvantage vis-à-vis their competitors who will be able to sell their used vehicles for less, and will be able to sell more vehicles, more rapidly, without waiting for repairs required to make them safe.

8.    For example, in September 2015, AutoNation Inc., the nation's largest new car dealership chain, which owns over 290 dealerships in 15 states selling "certified" used vehicles, including 16 stores in California, announced that it had adopted a policy of *not* selling any used vehicle that was subject to a safety recall until the repairs were made. However, in November 2016, AutoNation reversed its position. As reported by the *New York Times*: "[b]y last year, [AutoNation's practice] was costing the company dearly, to the tune of 6 cents per share of its earnings in the third quarter. In November, it gave up and began selling some cars with open recalls (and full disclosures). The lack of Takata airbag replacements, *the F.T.C.'s decision* and other anticipated regulatory rollbacks proved to be too much. 'We are proud of the efforts we made, but sometimes the system beats you down,' Marc Cannon, the company's chief marketing officer, said." *See New York Times* (Jan. 27, 2017) (Plaintiffs' Exhibit O).

As the *New York Times* also reported, before the FTC's Decisions and Orders concerning General Motors, Lithia Motors, and Koons Management were finalized, "every major car company had said that they forbade their dealers from selling certified used vehicles with any open recalls, including ones for Takata airbags. But afterward, Ford broke ranks, issuing an update to dealers on its "enhanced" recall process and giving them permission to certify used

4

vehicles that had open recalls after all." *Id.* Ford has 3,238 dealerships in the United States, and is one of the largest retailer of vehicles in California. *See* http://corporate.ford.com/microsites/sustainability-report-2015-16/people-dealers.html.

In addition, based on a recent survey of nearly 1,700 vehicles CarMax offered for sale in Massachusetts, Connecticut, and California, since 2015, CarMax has more than doubled its sales of unrepaired recalled vehicles, including vehicles where the manufacturer indicates that no remedy is yet available. One vehicle CarMax offered for sale had six unrepaired safety defects subject to recall. See Pl. Ex. X.

9. The National Automobile Dealers Association ("NADA"), which represents over 16,000 franchised dealers in all 50 states who sell used cars and trucks, informed the FTC with respect to the agency's proposals to allow used car dealers to sell "certified" used cars as "safe," "repaired for safety," and "subject to rigorous inspection," that once the proposals became final "NADA *will disseminate compliance guidance to its members concerning these requirements and encourage their adoption.*" *Id.* (emphasis added). NADA Comments (Feb. 29, 2016. (Plaintiffs' Exhibit I).

10. As a result of used car dealers conforming their conduct to what is permitted by the Decisions and Orders at issue in this case, Center members and their families will be exposed to an increased risk of injury, death, and property damage caused by more unsafe used vehicles with unrepaired safety defects being on the nation's roads and highways each day. These injuries are present, imminent, and continuing, as tens of millions of used cars subject to safety recalls are sold each year in this country.

11. These risks are by no means speculative. Auto safety recalls typically involve defects that often claim lives and cause serious and debilitating, permanent, extremely costly

5

injuries. Vehicle crashes are the leading cause of fatalities and major injuries among infants over age 1, children, teenagers, and young adults. Based on data currently available from the National Highway Traffic Safety Administration ("NHTSA"), there are *currently tens of millions of cars subject to safety recalls that have not yet been repaired*. As the attached data demonstrate, according to the manufacturers' own quarterly reports, there are 37 million recall repairs that still have not been made on recalls covering over 250,000 vehicles issued during the three year period from 2013-2015. *See* Attachment (Chart Based on Manufacturers' Quarterly Reports to NHTSA from 2013 -2015). This does not include any pre-2013 recalls, recalls for the years 2016 or 2017, nor does it include recalls covering a smaller number of vehicles, of which there are many. If recalls from additional years were included, as well as the many other recalls that are not included in this sample, a conservative estimate of unrepaired safety recalls on vehicles currently on the road or sitting on used car lots waiting to be sold would be close to 80 million. This estimate includes recalls for the defective Takata airbag, which can deploy explosively causing serious injury or death to the occupants of the vehicle, and which NHTSA has called "the largest and most complex safety recall in U.S. history." Approximately 70 million defective Takata airbag inflators have been installed in more than 42 million vehicles manufactured by 19 different companies (including Acura, Audi, BMW, Chrysler (including Dodge and Jeep), Ferrari, Ford/Lincoln, General Motors (including Pontiac and Saab), Honda, Infiniti, Jaguar/Land Rover, Lexus, Mazda, Mercedes-Benz, Mitsubishi, Nissan, Subaru, Tesla, Toyota/Scion, and Volkswagen). However, according to NHTSA's most recent data, only 18 million of the approximately 70 million defective airbag inflators under recall or scheduled to be recalled have been repaired. *See, e.g.*, https://www.nhtsa.gov/recall-spotlight/takata-air-bags#takata-air-bags-completion-rates. Furthermore, due to parts shortages for replacement

6

airbag inflators, *consumers buying a used car containing the defective inflators will be unable to receive a recall repair for months, if not years, after the purchase.*

12.  While some of our members may know enough not to purchase "certified" used cars without making sure any outstanding safety recalls have been fixed, the Center cannot insure that all of its members and their family members are so informed or will always heed such information. Nor can the Center insure that the larger used car buying public knows to avoid buying a "certified" used car that is subject to a pending safety recall. Accordingly, the Center's members and their families cannot avoid being exposed to the increased risks of those vehicles being on the road as result of the FTC's actions in authorizing such practices.

13.  All of these injuries are directly caused by the FTC's Decisions and Orders at issue in this case which instruct the entire used car dealer industry that the FTC does not consider it a "deceptive act or practice" for dealers to sell used cars subject to safety recalls as "certified," "safe," "repaired for safety," and "subject to rigorous inspection," as long as the dealers disclose to consumers that such vehicles "may" be subject to a safety recall.

14.  As demonstrated above, and based on my knowledge of this industry, used car dealers who previously would not sell a "certified" used car as "safe," "repaired for safety," or "subject to a rigorous inspection," that was subject to a pending safety recall are now doing so to avoid being placed at a competitive disadvantage vis-à-vis the other used car dealers who have been given permission by the FTC to engage in such practices.

15.  The injuries described herein will be at least partially redressed if Plaintiffs prevail in this case because the FTC's Decisions and Orders will be set aside and fewer used car dealers will continue to sell unsafe vehicles. Rather, used car dealers will be required to comply with the Used Car Rule which prohibits them from misrepresenting the mechanical condition of

the vehicles they offer for sale. In addition, those dealers who formerly repaired cars subject to recalls prior to sale, but who changed their practices in response to the FTC Decisions and Orders at issue, will most likely revert to the prior practice of repairing recalled cars before offering them for sale to consumers as they would no longer face a competitive disadvantage in doing so.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

_____
Michael Brooks

Date:   October 5, 2017

ATTACHMENT TO BROOKS DECLARATION

Safety Recalls of 250,000+ Vehicles, 2013-2015, Manufacturer Quarterly Report Data

| MFR | Recall ID | Involved | Remedied | Unreachable | Removed | Unremedied |
|---|---|---|---|---|---|---|
| Chrysler | 13V038000 | 278229 | 207642 | 7630 | 189 | 62,768 |
| Chrysler | 13V252000 | 1560000 | 553137 | 527897 | 16937 | 462,029 |
| Chrysler | 13V282000 | 442320 | 316037 | 11134 | 36 | 115,113 |
| Toyota | 13V337000 | 342451 | 170347 | 0 | 0 | 172,104 |
| Hyundai | 13V354000 | 364502 | 203437 | 6919 | 450 | 153,696 |
| GM | 13V360000 | 292879 | 268777 | 922 | 0 | 23,180 |
| Ford | 13V385000 | 355000 | 215967 | 15119 | 113 | 123,801 |
| Honda | 13V412000 | 374618 | 189767 | 9072 | 715 | 175,064 |
| Toyota | 13V429000 | 614722 | 304321 | 0 | 0 | 310,401 |
| Toyota | 13V442000 | 802769 | 691819 | 0 | 0 | 110,950 |
| Honda | 13V500000 | 344187 | 258613 | 2470 | 0 | 83,104 |
| Chrysler | 13V528000 | 706664 | 224931 | 39325 | 2870 | 439,538 |
| Chrysler | 13V529000 | 265057 | 153429 | 7804 | 146 | 103,678 |
| GM | 14V007000 | 325213 | 319467 | 387 | 0 | 5,359 |
| GM | 14V047000 | 2190934 | 1571075 | 43613 | 0 | 576,246 |
| Toyota | 14V053000 | 698457 | 607808 | 0 | 0 | 90,649 |
| Toyota | 14V054000 | 261114 | 219895 | 0 | 0 | 41,219 |
| Honda | 14V112000 | 886815 | 616500 | 6275 | 0 | 264,040 |
| GM | 14V117000 | 303013 | 266163 | 3840 | 0 | 33,010 |
| GM | 14V118000 | 1176407 | 1065180 | 2231 | 0 | 108,996 |
| Nissan | 14V138000 | 989701 | 858813 | 0 | 0 | 130,888 |
| GM | 14V152000 | 489936 | 473946 | 544 | 0 | 15,446 |
| GM | 14V153000 | 1373177 | 825020 | 39097 | 0 | 509,060 |
| Chrysler | 14V154000 | 644354 | 516629 | 16147 | 452 | 111,126 |
| Ford | 14V165000 | 348950 | 129882 | 20532 | 331 | 198,205 |
| Toyota | 14V168000 | 1486413 | 859161 | 47549 | 0 | 579,703 |
| Toyota | 14V169000 | 472388 | 149641 | 0 | 0 | 322,747 |
| GM | 14V171000 | 2191014 | 1569104 | 42277 | 0 | 579,633 |
| Mercedes-Benz | 14V177000 | 252867 | 170117 | 0 | 0 | 82,750 |
| GM | 14V224000 | 1131113 | 606589 | 29733 | 0 | 494,791 |
| Chrysler | 14V234000 | 644047 | 137824 | 16 | 61 | 506,146 |
| Ford | 14V237000 | 594785 | 534617 | 5429 | 85 | 54,654 |
| Ford | 14V239000 | 581986 | 521742 | 5335 | 68 | 54,841 |
| GM | 14V252000 | 2440524 | 1455582 | 55216 | 0 | 929,726 |
| GM | 14V266000 | 1339355 | 1170021 | 3387 | 0 | 165,947 |
| Toyota | 14V273000 | 419520 | 155374 | 8710 | 0 | 255,436 |
| Ford | 14V284000 | 740878 | 534179 | 18380 | 1939 | 186,380 |
| Subaru | 14V311000 | 461338 | 206870 | 8743 | 32 | 245,693 |
| GM | 14V346000 | 464712 | 223731 | 6288 | 0 | 234,693 |
| Honda | 14V353000 | 321199 | 140590 | 5888 | 158 | 174,563 |
| GM | 14V355000 | 3141731 | 1943372 | 15667 | 271228 | 911,464 |
| Chrysler | 14V373000 | 722705 | 421756 | 35659 | 1264 | 264,026 |
| GM | 14V374000 | 392459 | 369338 | 360 | 0 | 22,761 |
| Chrysler | 14V391000 | 651130 | 538566 | 16050 | 448 | 96,066 |

| Make | Recall | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| GM | 14V394000 | 554328 | 324312 | 2498 | 53967 | 173,551 |
| GM | 14V400000 | 5877718 | 1318487 | 66058 | 2318970 | 2,174,203 |
| BMW | 14V428000 | 573935 | 116182 | 38042 | 11079 | 408,632 |
| Hyundai | 14V434000 | 883000 | 703705 | 16319 | 313 | 162,663 |
| Hyundai | 14V435000 | 271773 | 76734 | 11790 | 1148 | 182,101 |
| Chrysler | 14V438000 | 643618 | 105215 | 18 | 504 | 537,881 |
| GM | 14V447000 | 414333 | 312762 | 1411 | 2 | 100,158 |
| Chrysler | 14V567000 | 291703 | 66454 | 22732 | 348 | 202,169 |
| GM | 14V571000 | 290241 | 273199 | 281 | 0 | 16,761 |
| Ford | 14V597000 | 746842 | 403913 | 22338 | 2633 | 317,958 |
| Toyota | 14V604000 | 710711 | 252354 | 25465 | 0 | 432,892 |
| Chrysler | 14V631000 | 313236 | 32533 | 0 | 36 | 280,667 |
| Chrysler | 14V634000 | 434600 | 282494 | 0 | 0 | 152,106 |
| Chrysler | 14V635000 | 314704 | 184139 | 12534 | 257 | 117,774 |
| Toyota | 14V647000 | 422509 | 305888 | 15896 | 0 | 100,725 |
| VW | 14V656000 | 442066 | 327273 | 934 | 25 | 113,834 |
| Honda | 14V700000 | 807599 | 204854 | 22583 | 684 | 579,478 |
| Chrysler | 14V770000 | 250896 | 57621 | 33482 | 460 | 159,333 |
| Chrysler | 14V796000 | 256956 | 57454 | 28131 | 22 | 171,349 |
| Nissan | 15V032000 | 468815 | 309270 | 0 | 0 | 159,545 |
| Toyota | 15V043000 | 1006849 | 289361 | 47598 | 0 | 669,890 |
| Honda | 15V045000 | 374177 | 179070 | 455 | 75 | 194,577 |
| Chrysler | 15V046000 | 752627 | 116523 | 117795 | 90288 | 428,021 |
| Chrysler | 15V115000 | 338216 | 194438 | 2 | 218 | 143,558 |
| Nissan | 15V116000 | 625400 | 470761 | 0 | 0 | 154,639 |
| GM | 15V201000 | 330742 | 84136 | 17 | 57371 | 189,218 |
| Ford | 15V246000 | 456440 | 309398 | 14935 | 1369 | 130,738 |
| Ford | 15V250000 | 487301 | 442273 | 5117 | 662 | 39,249 |
| GM | 15V269000 | 437045 | 215976 | 6 | 17317 | 203,746 |
| Toyota | 15V285000 | 1973468 | 905462 | 0 | 0 | 1,068,006 |
| Toyota | 15V286000 | 1069055 | 471367 | 0 | 0 | 597,688 |
| Nissan | 15V287000 | 263692 | 40519 | 0 | 0 | 223,173 |
| Chrysler | 15V312000 | 438078 | 54767 | 54529 | 32744 | 296,038 |
| Chrysler | 15V313000 | 4054473 | 1552232 | 402650 | 5518 | 2,094,073 |
| BMW | 15V318000 | 419235 | 54777 | 22803 | 9737 | 331,918 |
| Ford | 15V319000 | 1018622 | 234663 | 57432 | 7066 | 719,461 |
| Honda | 15V320000 | 6281043 | 3983485 | 243342 | 29939 | 2,024,277 |
| Ford | 15V322000 | 362327 | 106982 | 22452 | 517 | 232,376 |
| Subaru | 15V323000 | 432016 | 162303 | 0 | 0 | 269,713 |
| GM | 15V324000 | 330198 | 613 | 0 | 0 | 329,585 |
| Mitsubishi | 15V338000 | 443442 | 13645 | 56902 | 29613 | 343,282 |
| Ford | 15V340000 | 393623 | 272633 | 8714 | 469 | 111,807 |
| Honda | 15V370000 | 3193761 | 470499 | 128934 | 12076 | 2,582,252 |
| Mazda | 15V382000 | 442266 | 97700 | 25411 | 1743 | 317,412 |
| GM | 15V415000 | 686287 | 450312 | 0 | 0 | 235,975 |
| Ford | 15V436000 | 374781 | 323498 | 2380 | 100 | 48,803 |
| Chrysler | 15V459000 | 1059444 | 789522 | 21120 | 416 | 248,386 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chrysler | 15V460000 | 667406 | 372447 | 0 | 105 | 294,854 |
| Chrysler | 15V461000 | 1416376 | 967732 | 14901 | 5265 | 428,478 |
| Chrysler | 15V467000 | 284095 | 192558 | 11331 | 365 | 79,841 |
| VW | 15V483000 | 415825 | 298557 | 9765 | 404 | 107,099 |
| Nissan | 15V507000 | 298747 | 175712 | 0 | 0 | 123,035 |
| GM | 15V519000 | 429170 | 150836 | 4 | 36511 | 241,819 |
| Hyundai | 15V568000 | 470000 | 334224 | 10203 | 0 | 125,573 |
| Toyota | 15V577000 | 423456 | 89734 | 0 | 0 | 333,722 |
| Ford | 15V608000 | 283413 | 60948 | 19185 | 586 | 202,694 |
| Kia | 15V626000 | 377062 | 232956 | 9014 | 9568 | 125,524 |
| Chrysler | 15V673000 | 284611 | 50117 | 34616 | 29329 | 170,549 |
| Mazda | 15V674000 | 1368500 | 8045 | 365041 | 19498 | 975,916 |
| Chrysler | 15V675000 | 275187 | 182956 | 9845 | 8 | 82,378 |
| Toyota | 15V689000 | 1814284 | 775951 | 66024 | 0 | 972,309 |
| GM | 15V701000 | 1003556 | 223148 | 5 | 301982 | 478,421 |
| Kia | 15V736000 | 256459 | 211838 | 8357 | 2852 | 33,412 |
| Hyundai | 15V759000 | 304900 | 219339 | 7293 | 0 | 78,268 |
| Ford | 15V793000 | 411205 | 229631 | 12318 | 10 | 169,246 |
| Mazda | 15V869000 | 366886 | 31850 | 19619 | 1329 | 314,088 |
| Chrysler | 15V879000 | 389252 | 118566 | 21304 | 24 | 249,358 |
| **Total** | | | | | | **36,939,915** |