AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Consumers for Auto Reliability and Safety, et al. <br> *Plaintiff* <br> v. <br> Federal Trade Commission <br> *Defendant* | ) <br> ) <br> ) Case No. 1:17-cv-00540-KBJ <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission.

Date: 01/28/2019

s/ Michele Arington
*Attorney's signature*

Michele Arington, DC Bar No. 434082
*Printed name and bar number*

Federal Trade Commission
Office of the General Counsel
600 Pennsylvania Avenue, NW H-576
Washington, DC 20580
*Address*

marington@ftc.gov
*E-mail address*

(202) 326-3157
*Telephone number*

(202) 326-2477
*FAX number*