AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Consumers for Auto Reliability and Safety, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-00540-KBJ |
| Federal Trade Commission | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                               .

Date:   12/18/2020

/s/ William N. Lawton
*Attorney's signature*

William N. Lawton
*Printed name and bar number*

Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, D.C. 20005
*Address*

nick@eubankslegal.com
*E-mail address*

(202) 556-1243
*Telephone number*

*FAX number*