# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| CONSUMERS FOR AUTO RELIABILITY AND SAFETY, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 17-cv-0540 (KBJ) |
| FEDERAL TRADE COMMISSION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's [17] Motion to Dismiss is **GRANTED**, and this matter is **DISMISSED** for lack of subject matter jurisdiction.

DATE:  September 6, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States Circuit Judge
*Sitting by Designation*