UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS FOR AUTO RELIABILITY AND SAFETY, et al., <br><br> Plaintiffs, <br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | No. 1:17-cv-540-KBJ |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3(a)(1), Plaintiffs Consumers for Auto Reliability and Safety ("CARS"), U.S. Public Interest Research Group ("U.S. PIRG"), and the Center for Auto Safety hereby timely appeal to the United States Court of Appeals for the District of Columbia Circuit from the district court's Order (ECF No. 32) granting Defendants' motion to dismiss for lack of subject matter jurisdiction, and the district court's Memorandum Opinion (ECF No. 31) accompanying the Order, both filed on September 6, 2021.

Respectfully submitted,

*William S. Eubanks II*
William S. Eubanks II
D.C. Bar Number 987036
Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(970) 703-6060
bill@eubankslegal.com